**Margaret E. BLYZES,**
**Petitioner/Respondent,**

v.

**Thurman M. BLYZES,**
**Respondent/Appellant.**

**No. ED 101052**

Missouri Court of Appeals,
Eastern District,
*DIVISION FIVE.*

Filed: December 9, 2014

Stephen Southard, 1650 N. Kingshighway, Suite 302, Cape Girardeau, Missouri 63701, for Appellant.

John Heisserer, 160 S. Broadview, P.O. Box 1568, Cape Girardeau, Missouri 63702, for Respondent.

Before Angela T. Quigless, C.J., Roy L. Richter, J. and Lisa S. Van Amburg, J.

## ORDER

### PER CURIAM

Thurman M. Blyzes appeals the judgment of the Circuit Court of Cape Girardeau County dissolving his marriage to Margaret E. Blyzes. We affirm the trial court's judgment.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).